No. 05–8389. VILLARREAL-MEDINA *v.* UNITED STATES; and DE LOS SANTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8390. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8391. VASQUEZ-ALEJOS, AKA MAYA-GALVAN *v.* UNITED STATES; RAMIREZ-SANTANA *v.* UNITED STATES; and NIEVES-ALVAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8393. THIBODEAUX *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8397. DELGADO *v.* MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 05–8399. RANSOM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8402. BELMONTE-MARTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8403. BATES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8404. BOLTE *v.* KOSCOVE ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–8405. BRANCH *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–8406. BOOS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8407. BARNETT *v.* BLEDSOE, WARDEN. C. A. 4th Cir. Certiorari denied.